# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| Field | Value |
|---|---|
| Place of Offense: | |
| Category No. | II |
| Investigating Agency | FBI |
| City | Chelsea |
| County | Suffolk |

**Related Case Information:**
- Superseding Ind./ Inf.:
- Case No.:
- Same Defendant / New Defendant
- Magistrate Judge Case Number:
- Search Warrant Case Number: 23-MJ-1465-DLC, 23-MJ-1512-DLC
- R 20/R 40 from District of:

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____  ☐ Yes  ☒ No

## Defendant Information:

- **Defendant Name:** Krishna Castillo
- **Juvenile:** ☐ Yes  ☒ No
- **Is this person an attorney and/or a member of any state/federal bar:** ☐ Yes  ☒ No
- **Alias Name:** Lily
- **Address:** Chelsea, MA
- **Birth date (Yr only):** 1991
- **SSN (last 4#):** 3541
- **Sex:** F
- **Race:** Hisp
- **Nationality:**
- **Defense Counsel if known:** Robert Sheketoff
- **Address:**
- **Bar Number:**

## U.S. Attorney Information

- **AUSA:** Philip A. Mallard
- **Bar Number if applicable:** 679138

| Field | | |
|---|---|---|
| Interpreter: | ☐ Yes ☒ No | List language and/or dialect: |
| Victims: | ☒ Yes ☐ No | If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☒ Yes ☐ No |
| Matter to be SEALED: | ☐ Yes ☒ No | |

☒ Warrant Requested  ☐ Regular Process  ☒ In Custody

**Location Status:** Suffolk HOC

**Arrest Date:**

- ☐ Already in Federal Custody as of ____ in ____.
- ☒ Already in State Custody at Suffolk HOC  ☐ Serving Sentence  ☒ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☒ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/3/2024

**Signature of AUSA:** *Philip A. Mallard*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Krishna Castillo

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession of Controlled Substances with Intent to Distribute | 1 |
| Set 2 | 18 U.S.C. § 1028(a)(3) | Possession of 5 or More False Identification Documents with Intent to Use | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**